United States Courts
Southern District of Texas
FILED

MAY 14 2018

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
V.
Marisela CAMPOS-Torres

**CRIMINAL COMPLAINT**

Case Number: C18-883M

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **May 8, 2018** (Date) in **Hidalgo** County, in the Southern District of Texas defendant, **Marisela CAMPOS-Torres**

did knowingly and unlawfully enter the United States from Mexico, at a point near Hidalgo County which said time and place was other than as designated by immigration officials of the United States for the entrance of immigrants into the United States

in violation of Title **8** United States Code, Section(s) **1325**.
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:
Official Title

On May 12, 2018, Border Patrol Agents encountered Marisela CAMPOS-Torres attempting to circumvent the Border Patrol Checkpoint near Falfurrias, Texas. Border Patrol Agents determined CAMPOS to be a citizen and national of Mexico without any valid immigration documents to enter or remain in the United States legally. CAMPOS stated she entered the United States illegally by crossing the Rio Grande River on or about May 8, 2018 near Hidalgo, Texas. CAMPOS entered the United States at a time and place not designated by immigration officials for the entrance of immigrants into the country. AUSA Julie Hampton was briefed on the case and accepted prosecution of CAMPOS for violation of Title 8 USC 1325, Illegal Entry into the United States.

Signature of Complainant

**Antonino Gonzalez Jr.**
Printed Name of Complainant

Sworn to before me and signed in my presence, and probable cause found on the:

**May 14, 2018**
Date

**Jason B. Libby U.S. Magistrate Judge**
Name and Title of Judicial Officer

at

**Corpus Christi, Texas**
City and State

Signature of Judicial Officer

U.S. Department of Homeland Security